# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| KENDON AUSTIN,<br><br>    Plaintiff,<br><br>    v.<br><br>N3 LLC et al,<br><br>    Defendants. | CIVIL ACTION NO.<br>1:21-CV-01354-TWT |

## **ORDER**

The parties in the above civil action having announced to the Court that they have reached a settlement, the Clerk is DIRECTED to ADMINISTRATIVELY CLOSE the case. The parties shall execute the settlement documents and file the dismissal consistent with their Notice of Settlement [Doc. 72].

SO ORDERED, this  31st  day of March, 2022.


THOMAS W. THRASH, JR.
UNITED STATES DISTRICT JUDGE