IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KENDON AUSTIN, *Individually, and on behalf of all Others similarly situated,*<br><br>    Plaintiff,<br><br>    v.<br><br>N3 LLC d/b/a N3 RESULTS; and ACCENTURE LLP,<br><br>    Defendant. | Civil Action File No.<br>1:21-cv-01354-TWT |

## ORDER

This matter is before the Court on the Parties' Joint Stipulation to Amend Settlement Agreement (ECF No. 76). For good cause shown, the Joint Stipulation is **GRANTED**, and it is hereby **ORDERED** that a) the amendment to Paragraph 7 of the Settlement Agreement (ECF No. 74-1) set forth in the Joint Stipulation is approved; b) that the revised Notice of Settlement and Current Opt-In Notice Form contained in Exhibits A and B to the Joint Stipulation are approved; and c) that the deadline to mail the Notice of Settlement, Current Opt-In Notice Form, and the Consent to Join/Claim Form is three (3) business days after the date of this Order.

1

**IT IS SO ORDERED**, this 11th day of July, 2022.

_____
HONORABLE THOMAS W. THRASH, JR